# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SHARON KAY CHATTAM RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:11-00108-KD-C |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's "Motion to Dismiss." (Doc. 8).

Because Defendant has filed neither an answer nor a motion for summary judgment in this case, the Court construes the motion as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice. Each party shall bear his or her own costs.

**DONE** and **ORDERED** this the **23rd** day of **March 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**